IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Allen, Connie

Printed: 03/03/09

Case Number: 05 B 30465
Judge: Goldgar, A. Benjamin
Filed: 8/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 5, 2009
Confirmed: September 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 51,458.20 |  |
| Secured: |  | 41,509.19 |
| Unsecured: |  | 4,387.84 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,849.72 |
| Other Funds: |  | 11.45 |
| Totals: | 51,458.20 | 51,458.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 36,109.19 | 36,109.19 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 5,400.00 | 5,400.00 |
| 4. | Jefferson Capital | Unsecured | 194.74 | 194.74 |
| 5. | Little Company Of Mary Hospital | Unsecured | 29.87 | 29.87 |
| 6. | Midland Credit Management | Unsecured | 3,251.72 | 3,251.72 |
| 7. | Capital One | Unsecured | 640.53 | 640.53 |
| 8. | T Mobile USA | Unsecured | 141.64 | 141.64 |
| 9. | Wow Internet | Unsecured | 129.34 | 129.34 |
| 10. | Allstate | Unsecured |  | No Claim Filed |
| 11. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 13. | Avon Products | Unsecured |  | No Claim Filed |
| 14. | Comcast | Unsecured |  | No Claim Filed |
| 15. | Providian Financial | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,597.03 | $ 48,597.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 701.30 |
| 5% | 211.69 |
| 4.8% | 377.39 |
| 5.4% | 847.34 |
| 6.5% | 511.50 |
| 6.6% | 200.50 |
|  | $ 2,849.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Allen, Connie | Case Number:  05 B 30465 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/03/09 | Filed:  8/3/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*